IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARUK TRIBE, KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,

    Plaintiffs,

  v.

TYRONE KELLEY, in his capacity as Forest Supervisor, Six Rivers National Forest, and THE UNITED STATES FOREST SERVICE,

    Defendants.
                                        /

No. C 10-02039 WHA

**ORDER REFERRING TO MAGISTRATE JUDGE FOR MEDIATION/SETTLEMENT AND DENYING STAY**

    Good cause not shown, the Court **DENIES** the parties' request for a stay, but **REFERS** this case to **MAGISTRATE JUDGE ELIZABETH LAPORTE** for **MEDIATION/SETTLEMENT**.

    **IT IS SO ORDERED.**

Dated: July 9, 2010.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE