IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARUK TRIBE, KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION CENTER, and KLAMATH FOREST ALLIANCE,

    Plaintiffs,

  v.

TYRONE KELLEY, in his capacity as Forest Supervisor, Six Rivers National Forest, and THE UNITED STATES FOREST SERVICE,

    Defendants.

No. C 10-02039 WHA

**ORDER DENYING STAY**

    The motion for stay is **DENIED** because requiring the parties to focus on the case will enhance the prospects for settlement, and if settlement fails, we will be that much further along.

    **IT IS SO ORDERED.**

Dated: August 11, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE