**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   KARUK TRIBE, KLAMATH-SISKIYOU
     WILDLANDS CENTER, ENVIRONMENTAL
11   PROTECTION CENTER, and KLAMATH               No. C 10-02039 WHA
     FOREST ALLIANCE,
12
               Plaintiffs,
13
                                                 **ORDER DENYING REQUEST**
14        v.                                      **TO EXTEND DEADLINES**

15   TYRONE KELLEY, in his capacity as Forest
     Supervisor, Six Rivers National Forest, and
16   THE UNITED STATES FOREST SERVICE,

17             Defendants.
                                              /
18

19        The parties' stipulated request to extend briefing deadlines by 45 days due to settlement

20   negotiations is **DENIED**

21

22        **IT IS SO ORDERED.**

23

24   Dated:  November 5, 2010.                    _____
                                                  WILLIAM ALSUP
25                                                UNITED STATES DISTRICT JUDGE

26

27

28