|   |   |   |
|---|---|---|
| IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION | | |

KARUK TRIBE, KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,

    Plaintiffs,

v.

TYRONE KELLEY, in his capacity as Forest Supervisor, Six Rivers National Forest, and THE UNITED STATES FOREST SERVICE,

    Defendants.

No. 3:10-cv-2039-WHA

District Judge William H. Alsup

~~[PROPOSED]~~ ORDER ALTERING SUMMARY JUDGMENT BRIEFING SCHEDULE

PURSUANT TO STIPULATION, IT IS SO ORDERED that the briefing schedule established in the 1/13/11 Order (Docket 38) is MODIFIED AS FOLLOWS: enlarging by four days the deadline for plaintiffs' motion for summary judgment and the deadline for defendants' combined motion for summary judgment/response brief, and keeping the current reply brief deadlines intact. Plaintiffs' motion for summary judgment is now due February 22, 2011; defendants' combined response to plaintiffs' motion for summary judgment and cross-motion for summary judgment is now due March 29, 2011; plaintiffs' combined reply to their motion for summary judgment and response to defendants' cross-motion for summary judgment remain due April 22, 2011; defendants' reply to their cross-motion for summary judgment remain due May 20, 2011; and the Court shall hold the hearing on the cross-motions for summary judgment June 9, 2011.

PAGE 1 - ORDER ON STIPULATION - CV-10-2039 WHA

1  DATED this  18th  day of   February        , 2011.

2

3                                     _____

4                                     WILLIAM    ALSUP
                                      United States District Judge

PAGE 2 - ORDER ON STIPULATION - CV-10-2039 WHA