IGNACIA S. MORENO
Assistant Attorney General
JARED S. PETTINATO, MT Bar No. 7434
SAMANTHA FRANK, NY Bar No. SK-9874
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0203
Tel: (202) 305-0474
Fax: (202) 353-0274
Jared.Pettinato@usdoj.gov
Samantha.Frank@usdoj.gov
*Attorneys for the Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KARUK TRIBE, KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE, <br><br> Plaintiffs, <br><br> v. <br><br> TYRONE KELLEY, in his capacity as Forest Supervisor, Six Rivers National Forest, and THE UNITED STATES FOREST SERVICE, <br><br> Defendants. | No. 3:10-cv-2039-WHA <br><br> Judge William H. Alsup <br><br><br> **DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

DEFS.' CROSS-MOT. FOR SUMM. J.
Karuk Tribe v. Kelley, No. 3:10-cv-2039-WHA

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants hereby make this cross-motion for summary judgment on all issues in Plaintiff's Amended Complaint on the grounds that there is no genuine issue as to any material fact and that Federal Defendants are entitled to judgment as a matter of law. This motion is supported by the administrative record lodged with the Court and Defendants' Memorandum in Support of their Cross-Motion for Summary Judgment.

Respectfully submitted, March 29, 2011.

IGNACIA S. MORENO
Assistant Attorney General

  */s/ Jared S. Pettinato*
JARED S. PETTINATO
SAMANTHA FRANK
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0203 (Pettinato)
Tel: (202) 305-0474 (Klein)
Fax: (202) 353-0274
Jared.Pettinato@usdoj.gov
Samantha.Frank@usdoj.gov
*Attorneys for the Federal Defendants*