# EXHIBIT 2

 **United States Department of Agriculture** | **Forest Service** | **Six Rivers National Forest** | 1330 Bayshore Way
Eureka, CA 95501-3841
(707) 442-1721 Text (TTY)
(707) 442-1721 Voice

File Code: 1560/2360
Date: March 23, 2011

Mr. Arch Super
Chair
Karuk Tribe
P.O. Box 1016
Happy Camp, CA 96039

Dear Mr. Super:

In May 2010, as a part of its ongoing consultation efforts to resolve inadvertent effects that occurred during implementation of the OCFR Project, the Forest Service met with the California Office of Historic Preservation (SHPO), and the Karuk Tribe (the Tribe) on the inadvertent effects to the Panamnik World Renewal Ceremonial District (the Panamnik District) within the OCFR Project area. The Panamnik District is a traditional cultural property that the Keeper of the National Register found eligible on April 3, 1978 for listing on the National Register of Historic Places. During the May 2010 meeting parties discussed the effects and potential mitigation measures, as well as, the breakdowns of communications that led to the inadvertent effects.

The Forest Service collected additional information, determined the nature and extent of these inadvertent effects, researched the possible avenues for mitigating the effects, and have met with your staff to identify means for addressing the adverse effects.

On August 31, 2010, the Forest Service sent a letter of consultation pursuant to Stipulation V of the 2001 First Amended Regional Programmatic Agreement (the PA) to SHPO and sought concurrence with the Forest Service's proposed mitigation measures to resolve any inadvertent effects on historic properties. On March 3, 2011, SHPO responded, provided its comments, and proposed memorializing the agreed-upon mitigation measures to address the adverse effects in a Memorandum of Agreement (MOA) under the PA and to invite the Karuk Tribe to be a consulting party in its development and a full signatory to that MOA. See Attached Letter. The recommendations for mitigation measures from May 2010 and the recommendations for mitigation measures in the August 31, 2010 letter, will serve as a basis for the MOA.

I am requesting a government-to-government consultation with the Tribe. Specifically, I am proposing that we meet in person to determine whether the Tribe will be a party, along with the Forest Service and SHPO, in developing the MOA and whether the Tribe will be a signatory to the MOA. If for any reason the Forest Service, SHPO, and the Tribe cannot develop an MOA, the Forest Service will continue following the remaining processes for requesting the Advisory Council on Historic Preservation comments as provided in Stipulation V of the PA.

I would like to meet at the Tribe's earliest convenience to consult on this matter.



Caring for the Land and Serving People          Printed on Recycled Paper

Mike Turek, the Six Rivers National Forest's Tribal Relations Specialist, will call your staff, to coordinate the meeting date, time, and location. If you would prefer to contact Mike, you can reach him at (707) 441-3580. I look forward to meeting with you in the near future.

Sincerely,

TYRONE KELLEY
Forest Supervisor

cc: Mike Turek, Julie Burcell, SHPO