

| United States
Department of
Agriculture | Forest
Service | Six Rivers
National Forest | 1330 Bayshore Way
Eureka, CA 95501-3841
(707) 442-1721 Text (TTY)
(707) 442-1721 Voice |

File Code: 6270
Date: March 30, 2011

Mr. George Sexton, Conservation Director
Klamath Siskiyou Wildlands Center
P.O. Box 102
Ashland, OR  97520

Dear Mr. Sexton:

We received your Freedom of Information Act (FOIA) request for "copies of the following documents: the Six Rivers National Forest Heritage Resources Annual Reports for years 2005, 2006, 2007, 2008, 2009 and 2010."

Enclosed are reports for the following years:  2005 (13 pages), 2006 (20 pages), 2007 (16 pages) and 2008 (13 pages).  Forest Program Manager and Archeologist Ana Dittmar left the Forest Service during 2009 and the position was vacant for a number of months.  The work done in 2009 and 2010 will be included in the 2010 report.  You will be sent a copy when available.

If you have any questions about the content of the enclosed reports, please contact Heritage Resources Program Manager and Forest Archeologist, Julie Burcell at (707) 441-3529.

Sincerely,

/s/ *signature* for

TYRONE KELLEY
Forest Supervisor

Enclosures

cc:  Julie Burcell, Curtis D Cross

PLAINTIFF'S REPLY - EX. A



Caring for the Land and Serving People                         Printed on Recycled Paper