STATE OF CALIFORNIA – THE NATURAL RESOURCES AGENCY                                                                  EDMUND G. BROWN, JR., *Governor*

**OFFICE OF HISTORIC PRESERVATION**
**DEPARTMENT OF PARKS AND RECREATION**
1725 23rd Street, Suite 100
SACRAMENTO, CA 95816-7100
(916) 445-7000    Fax: (916) 445-7053
calshpo@parks.ca.gov
www.ohp.parks.ca.gov




RECEIVED MAR 04 2011

March 3, 2011

Tyrone Kelley
Six Rivers National Forest
1330 Bayshore Way
Eureka, CA 95501-3841

RE: Orleans Community Fuels Reduction and Forest Health Project

Dear Mr. Kelley:

Thank you for requesting my comments on the above cited undertaking. You have initiated consultation pursuant to Stipulation V of the *First Amended Pacific Southwest Regional Programmatic Agreement* which addresses the procedural requirements for inadvertent effects to historic properties. You requested my comments in August 2010, but I had not issued them in hope that a settlement agreement to the legal action being taken would be finalized. Unfortunately, such a settlement agreement was never executed, thus the issuance of my comments at this time. My staff has reviewed the documentation you provided and I would like to offer the following comments.

Until the inadvertent affects was identified by the Karuk Tribe, the Forest had made use of the Regional PA. I assume you used stipulation III.D.(3) which allows for the use of standard protection measures found in Attachment B of the Regional PA. While the Regional PA as it currently reads does not prohibit use of this stipulation and Attachment B for traditional cultural properties, the Region has recently provided clear direction to staff that when the undertaking's area of potential effects includes this property type, the procedures found in 36 CFR 800 shall be followed and not the Regional PA. I fully support this change and the new proposed regional programmatic agreement contains such a requirement.

You have applied the Criteria of Adverse Effect (36 CFR 800.5) and have concluded that the partial implementation of the undertaking has resulted in adverse effects on Panamenik World Renewal Ceremony District, a property found eligible by the Keeper of the National Register of Historic Places on April 3, 1978. Given the damage that has occurred to this National Register eligible property and the inability to mitigate those effects, I concur with your determination that implementation of the undertaking has resulted in adverse effects to the historic properties.

While effects to the historic property were extensive and wide spread, little is offered to mitigate the adverse effect. It is my understanding the Forest has been in consultation with the Karuk Tribe to identify means for addressing the adverse effect, but little progress or means has been identified for mitigating the adverse effect. I encourage the Forest to continue consultation with the Tribe in an attempt to develop the means for taking the adverse effects into account.

PLAINTIFFS' REPLY - EX. B

When my staff met with your staff in May 2010, a review of the procedural breakdown that caused the inadvertent effect was undertaken. The recommendations that came out of this review and the procedural changes that must be added to assure that the mistakes made are not repeated need to be reviewed and agreed upon by all parties. Thus I propose both the proposed mitigation measure and change in procedural requirements for implementation of the undertaking be memorialized through the execution of a Memorandum of Agreement. I further propose that the Karuk Tribe be invited to be a consulting party to the development of such an agreement and be invited to be a full signatory to that Agreement. If for any reason such a Memorandum of Agreement cannot be developed, the provision for requesting the Advisory Council on Historic Preservation comments as provided in stipulation V of the Regional PA will be followed.

I hope that through continued consultation means for taking the adverse effects into account and assuring that such effects are not repeated can be developed. If you have any questions, please contact Dwight Dutschke or Susan Stratton at 916-445-7000.

Sincerely,

*Susan K Stratton for*

Milford Wayne Donaldson, FAIA
State Historic Preservation Officer

cc      Karuk Tribe

PLAINTIFFS' REPLY - EX. B