IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KARUK TRIBE, KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>  Plaintiffs,<br><br>  v.<br><br>TYRONE KELLEY, in his capacity as Forest Supervisor, Six Rivers National Forest, and THE UNITED STATES FOREST SERVICE,<br><br>  Defendants. | No. 3:10-cv-2039-WHA<br><br>District Judge William H. Alsup<br><br>[PROPOSED] ORDER |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the briefing schedule established in the 1/13/11 Order (Docket 38) is MODIFIED AS FOLLOWS:  enlarging by one day the April 22, 2011, deadline for plaintiffs' combined summary judgment response/reply brief, and keeping the current reply brief deadline intact.  Plaintiffs' combined response/reply is now due April 25, 2011 (but was filed April 23); defendants' reply to their cross-motion for summary judgment remains due May 20, 2011; and the Court shall hold the hearing on the cross-motions for summary judgment on June 9, 2011.

    DATED this  26th  day of   April        , 2011.

                                    /s/ William Alsup
                                    WILLIAM     ALSUP
                                    United States District Judge

PAGE 1 - ORDER ON STIPULATION - CV-10-2039 WHA