# EXHIBIT TK-2



| Karuk Community Health Clinic | **Karuk Tribe** | Karuk Dental Clinic |
|---|---|---|
| 64236 Second Avenue | | 64236 Second Avenue |
| Post Office Box 316 | | Post Office Box 1016 |
| Happy Camp, CA 96039 | Administrative Office | Happy Camp, CA 96039 |
| Phone: (530) 493-5257 | Phone: (530) 493-1600 • Fax: (530) 493-5322 | Phone: (530) 493-2201 |
| Fax: (530) 493-5270 | 64236 Second Avenue • Post Office Box 1016 • Happy Camp, CA 96039 | Fax: (530) 493-5364 |

April 27, 2011

**OCFR Government-to-Government Consultation**

Tyrone Kelley
Forest Supervisor
Six Rivers National Forest
1330 Bayshore Way
Eureka, CA 95501-3841

Ayukîi Mr. Kelley,

Thank you for your letter requesting government-to-government consultation dated March 23, 2011. The Karuk Tribe supports on-going good faith consultation to address and mitigate impacts to the Panamnik World Renewal Ceremonial District. These impacts occurred despite the 2001 First Amended Regional Programmatic Agreement, negotiated and mutually agreed upon to protect sensitive tribal sites and resources on Forest Service managed lands.

According to Karuk tribal records, there have been two meetings with Forest Service representatives following these impacts, including one field meeting to assess damage. However no agreement has been reached from this initial consultation, and no mitigation measures have been approved by the Tribe. Therefore, the Karuk Tribe encourages resuming formal consultation with both the Forest Service and CalSHPO to mutually review the status of these impacts and any proposed mitigation measures. At that time, the Karuk Tribe can entertain suggestions for developing and becoming a signatory to a Memorandum of Agreement (MOA) memorializing agreed upon mitigation measures.

The Tribe requests a copy of the SHPO response mentioned in your letter, as well as any documentation of Forest Service meetings with the Karuk Tribe on the OCFR Project. These should include the referenced "recommendations for mitigation measures from May 2010 and the recommendations for mitigation measures in the August 31, 2010 letter" which you propose as a basis for the MOA.

The Karuk Tribe agrees to meet for Six Rivers National Forest staff to introduce their proposal. The Tribe requests SHPO representation at this initial meeting and during future consultation as needed. The date, time, and agenda of this meeting can be set at the Forest Service/Karuk Tribe Summit meeting scheduled for May 12th in Happy Camp.

We look forward to working with you to resolve these impacts and to avoid damage to cultural resources in the future. Please direct any questions to my office at 530-493-1600 x 2202 or by email at hrouvier@karuk.us.

Yôotva (thank you)

*Hélène Rouvier*

Hélène Rouvier
THPO
Karuk Tribe

HR/hr
cc: CalSHPO
    Arch Super
    Julie Burcell
    Mike Turek
    Leaf Hillman