IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARUK TRIBE, KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>    Plaintiffs,<br><br>  v.<br><br>TYRONE KELLEY, in his capacity as Forest Supervisor, Six Rivers National Forest, and THE UNITED STATES FOREST SERVICE,<br><br>    Defendants.<br>_____/ | No. C 10-02039 WHA<br><br>**NOTICE REGARDING JUNE 9 HEARING** |

Due to an ongoing trial, the time available for oral argument will be limited. Counsel should plan to address only critical points.

Dated: June 7, 2011.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE