IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARUK TRIBE, KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,

    Plaintiffs,

  v.

TYRONE KELLEY, in his capacity as Forest Supervisor, Six Rivers National Forest, and THE UNITED STATES FOREST SERVICE,

    Defendants.
    /

No. C 10-02039 WHA

**ORDER REQUESTING MAP OR DIAGRAM**

    Defendants are requested to file a one-page map or diagram that clearly and accurately depicts the following: (1) the location of the Orleans community; (2) the *full* area designated for implementation of the Orleans Community Fuels Reduction and Forest Health Project; (3) the treatment units in which implementation work has begun, and (4) the area encompassed by the Panamnik World Renewal Ceremonial District. Although the administrative record contains many maps, no map satisfying this description has been identified. In particular, the maps included with the environmental impact statements contain either too much or too little information to be helpful in this respect. If possible, the map or diagram should be filed by **NOON ON JUNE 10, 2011**. An electronic copy in .pdf format also should be lodged with the Clerk of the court.

**IT IS SO ORDERED.**

Dated: June 8, 2011.

                      WILLIAM ALSUP
                      UNITED STATES DISTRICT JUDGE