IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARUK TRIBE, KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,

    Plaintiffs,

  v.

TYRONE KELLEY, in his capacity as Forest Supervisor, Six Rivers National Forest, and THE UNITED STATES FOREST SERVICE,

    Defendants.

No. C 10-02039 WHA

**ORDER REQUESTING REVISED MAP**

    Defendants filed a map pursuant to the June 8 order (Dkt. No. 53). Defendants' prompt response is appreciated. Defendants now are requested to file a revised version of the map that also indicates the location of the Medicine Man Trail. If possible, the revised map or diagram should be filed by **NOON ON JUNE 10, 2011**. An electronic copy in .pdf format also should be lodged with the Clerk of the court.

**IT IS SO ORDERED.**

Dated: June 9, 2011.

                      WILLIAM ALSUP
                      UNITED STATES DISTRICT JUDGE