IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KARUK TRIBE, KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>TYRONE KELLEY, in his capacity as Forest Supervisor, Six Rivers National Forest, and THE UNITED STATES FOREST SERVICE,<br><br>　　Defendants. | No. 3:10-cv-2039-WHA<br><br>District Judge William H. Alsup<br><br>[PROPOSED] ORDER |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the briefing schedule established in the 6/13/11 Order (Docket 56) is MODIFIED AS FOLLOWS: enlarging by one day the August 15, 2011, deadline for plaintiffs' response to Defendants' Proposed Remedial Plan. Plaintiffs' response is now due August 16, 2011. **No more extensions will be granted.**

DATED this  16th  day of  August , 2011.

_____
WILLIAM     ALSUP
United States District Judge

PAGE 1 - ORDER ON STIPULATION - CV-10-2039 WHA