IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARUK TRIBE, KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>TYRONE KELLEY, in his capacity as Forest Supervisor, Six Rivers National Forest, and THE UNITED STATES FOREST SERVICE<br><br>Defendants.<br>_____/ | No. C 10-02039 WHA<br><br>**ORDER REGARDING FIRST PROPOSED REMEDIAL PLAN** |

Defendants submitted a proposed remedial plan on August 1, 2011 (Dkt. No. 58). Plaintiffs submitted extensive objections on August 16 (Dkt. No. 61). Having reviewed the submissions from both sides, this order finds that the parties should attempt to work through the objections together and that defendants should have an opportunity to respond to any unresolved objections.

The parties shall meet and confer regarding plaintiff's objections to defendants' proposed remedial plan. Counsel and representatives with decision-making authority from both sides must be present. Following the meeting, the parties shall jointly file a revised proposed remedial plan incorporating all agreements reached during the meeting. The parties also shall jointly file a list of all remaining objections, along with a brief statement from each side addressing each one.

The revised plan and the list of objections must be filed by **SEPTEMBER 12, 2011**. The revised plan will then be deemed submitted for review without oral argument. The case management conference set for September 1, 2011, is **CONTINUED** to **11:00 A.M. ON SEPTEMBER 22, 2011**.

**IT IS SO ORDERED.**

Dated: August 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE