IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KARUK TRIBE, KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>   Plaintiffs,<br><br>   v.<br><br>TYRONE KELLEY, in his capacity as Forest Supervisor, Six Rivers National Forest, and THE UNITED STATES FOREST SERVICE,<br><br>   Defendants. | No. 3:10-cv-2039-WHA<br><br>District Judge William H. Alsup<br><br>[PROPOSED] ORDER |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the September 12, 2011, deadline set forth in the August 18, 2011, Order (Docket 62), is MODIFIED AS FOLLOWS: enlarging by two days the September 12, 2011, deadline for the parties' joint filing regarding defendants' Proposed Remedial Plan. The joint filing is now due September 14, 2011. *

DATED this  12th  day of  September , 2011.

*No more extensions will be granted.

_____
WILLIAM     ALSUP
United States District Judge

PAGE 1 - ORDER ON STIPULATION - CV-10-2039 WHA