IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARUK TRIBE, KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,

    Plaintiffs,

v.

TYRONE KELLEY, in his capacity as Forest Supervisor, Six Rivers National Forest, and THE UNITED STATES FOREST SERVICE,

    Defendants.

No. C 10-02039 WHA

**JUDGMENT**

For the reasons stated in the order conditionally approving revised remedial plan, lifting injunction, and vacating case management conference (Dkt. No. 71), **FINAL JUDGMENT IS HEREBY ENTERED**.

**IT IS SO ORDERED.**

Dated: November 30, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE